IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3: 11cr283

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| JETON DOEMAINE ROSEBORO, ) | |
| Defendant. ) | |

**THIS MATTER** is before the court on the government's Motion to Dismiss. Having considered the government's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the government's Motion to Dismiss (#3) is **GRANTED,** and the charges contained in the Indictment are **DISMISSED** without prejudice.

Signed: September 29, 2011

Max O. Cogburn Jr.
United States District Judge